UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

David T. Veale and
Leasha Veale,
     Plaintiffs

     v.

Robert T. Furness, DVM, and
Apple Tree Animal Hospital,
     Defendants

1:02-mc-11-SM
1:06-fp-419

**O R D E R**

Plaintiff is a restricted filer and must obtain leave of court before filing any new complaint. See Order dated September 1, 1999, Civil No. 02-020-M.

Having reviewed the proposed complaint, it is apparent that the subject matter differs from, and is unrelated to, the previous litigation that led to the order restricting plaintiff's filings. Accordingly, plaintiff may file the proposed complaint.

That is not to say, however, that the complaint properly invokes federal jurisdiction or is of any merit; merely that the proposed complaint does not implicate any issues previously litigated. The complaint will be reviewed in the normal course.

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

November 8, 2006

cc:  David T. Veale, pro se
     Leasha Veale, pro se