UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David T. Veale

    v.                                      No. 06-fp-419

Robert T. Furness, et al.

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-419-PB.

**SO ORDERED.**

                                              /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: November 9, 2006

cc:   David T. Veale, pro se