UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David T. Veale
Leasha Veale

        v.                                Civil No. 06-cv-419-PB

Robert T. Furness, DVM, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 5, 2007, no objection having been filed.

SO ORDERED.

February 7, 2007                             /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

cc:    David T. Veale, pro se
        James Gleason, Esq.