UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>David T. Veale</u>

             v.                                    Civil No. 06-cv-419-PB

<u>Robert T. Furness, DMV, et al</u>


<u>O R D E R</u>

The case shall be removed from the trial list.


SO ORDERED.


August 20, 2007                                              /s/ Paul Barbadoro
                                                                        Paul Barbadoro
                                                                        United States District Judge


cc:     David T. Veale, pro se
          James D. Gleason, Esq.